NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED    Bk 19477  PG 347
Instr # 2024022715
07/25/2024  08:20:58 AM
Pages 2        YORK CO

## ACKNOWLEDGEMENT OF STANDING

On this 28th day of June 2024, we, Gerald C. Pettit and Jennifer L. Pettit ("Pettits"), the borrowers and mortgagors of real property located at 117 Badger Circle, Limerick, ME 04048 ("Subject Property"), hereby acknowledge the following facts:

1. On or about November 29, 2006, the Pettits executed and delivered to Ameriquest Mortgage Company ("Ameriquest"), a certain Note ("Pettit Note") in the amount of $140,000.00 for the Subject Property.

2. The Note was secured by a Mortgage of the same date in favor of Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Ameriquest, and recorded in the York County Registry of Deeds in Book 15038, Page 596 ("Pettit Mortgage")(collectively, both the Note and Mortgage are herein referred to as the "Mortgage Loan").

3. On or around December 6, 2012, an Affidavit of Missing or Incomplete Assignment, pertaining to the Pettit Mortgage, was executed, by JP Morgan Chase Bank, National Association, and recorded in the York County Registry of Deeds in Book 17365, Page 745.

4. On or around October 27, 2017, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from JPMorgan Chase Bank, National Association to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and recorded in the York County Registry of Deeds in Book 17597, Page 898.

5. On or around October 30, 2018, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee for LSF9 Master Participation Trust to CitiBank, N.A., as Trustee for CMLTI Asset Trust, recorded in York County Registry of Deeds in Book 17855, Page 9.

6. On or around September 9, 2019, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from CitiBank, N.A., as Trustee for CMLTI Asset Trust to CitiGroup Mortgage Loan Trust 2019-B, and recorded in the York County Registry of Deeds in Book 18049, Page 341.

7. On or around June 2, 2022, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from CitiGroup Mortgage Loan Trust 2019-B to Goldman Sachs Mortgage Company, and recorded in the York County Registry of Deeds in Book 19041, Page 873.

8. On or around January 12, 2023, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from Goldman Sachs Mortgage Company to U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for Legacy Mortgage Asset Trust 2021-GS5, and recorded in the York County Registry of Deeds in Book 19184, Page 76.



EXHIBIT L

9. On or about November 15, 2023, an Assignment of Mortgage was executed, assigning interest in the Pettit Mortgage from U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for Legacy Mortgage Asset Trust 2021-GS5 to Goldman Sachs Mortgage Company, and recorded in the York County Registry of Deeds in Book 19347, Page 560.

10. The current servicer of the subject Loan ending in 3307 is Fay Servicing, LLC.

11. We hereby acknowledge that U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS5, is the current owner and holder of the Pettit Note evidencing the Pettit Mortgage Loan on the Subject Property, and as such in the event of a default of the subject Mortgage Loan, we hereby acknowledge U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS5's standing as owner and holder of said Mortgage Loan, and its right (and/or its successors/assigns right) as owner and holder of said Mortgage Loan to exercise its right to foreclosure, and/or other remedies it may be entitled to in order to protect its interest in the subject Mortgage Loan.

Dated: 6/28/24

_____
Gerald C. Pettit

Dated: 6/28/24

_____
Jennifer L. Pettit

STATE OF Maine

COUNTY OF Cumberland, ss.

On this 28th day of June 2024, before me, the undersigned notary public, personally appeared Gerald C. Pettit and Jennifer L. Pettit, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_____
Notary Public
Commission Expires:

KIIRSTEN KOMULAINEN
Notary Public - Maine
My Commission Expires May 30, 2026